# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ANGELEA EDWARDS,

PLAINTIFF,

v.  Case No. 1:06-cv-06395
Judge Bucklo

ORTHO-McNEIL PHARMACEUTICAL, INC. AND
WALGREEN CO.,

DEFENDANTS

## MOTION FOR ENTRY OF JUDGMENT DISMISSING WALGREEN CO.

Defendant Walgreen Co. ("Walgreen"), by and through undersigned counsel, hereby moves for entry of a judgment dismissing Plaintiff's Complaint against it for failure to state a claim upon which relief can be granted. In support of this motion, Walgreen states as follows:

1. Plaintiff filed a suit in state court seeking damages for personal injuries she alleges she suffered as a result of her use of the prescription birth control Ortho Evra®, which was prescribed by her doctor. Plaintiff sued the manufacturer of Ortho Evra® and Walgreen.

2. On November 22, 2006, Defendant Ortho-McNeil Pharmaceutical, Inc., removed the case to this Court pursuant to 28 U.S.C. § 1332, on the ground that Walgreen was fraudulently joined, in that Plaintiff could not state a legally cognizable claim against Walgreen. There is complete diversity of citizenship between Plaintiff and Ortho-McNeil, the only properly joined defendant. (Docket No. 1.)

3. Plaintiff has not moved to remand the case back to state court or otherwise opposed the fraudulent joinder argument.

4. On November 30, 2006, Defendant Walgreen filed a motion to dismiss, again on the grounds that Plaintiff had not stated a legally cognizable claim against it. This motion was served on counsel for Plaintiff via U.S. Mail, and was also electronically filed, and therefore made available to plaintiff's counsel via PACER as well. (Docket Nos. 9, 10.)

5. On December 11, 2006, this Court docketed a minute entry stating that Plaintiff's response to Walgreen's motion to dismiss would be due on January 8, 2007. (Docket No. 14.)

6. Plaintiff did not file any response to Walgreen's motion to dismiss before the January 8 deadline and, in fact, has not, to this day, filed any response to the motion to dismiss. Nor has plaintiff asked for any type of extension.

WHEREFORE, for the reasons discussed in Walgreen's Motion to Dismiss Complaint (fully incorporated by reference herein), Defendant Walgreen Co. respectfully requests that this Court enter a judgment dismissing all claims against Walgreens Co. with prejudice, awarding Walgreen Co. its attorneys' fees and costs, and for such further relief as this Court deems just and appropriate.

| | | |
|---|---|---|
| Dated: January 22, 2007 | By: | */s/ Kara L. McCall* |

        Michael W. Davis
        Kara L. McCall
        Elizabeth C. Scott
        **SIDLEY AUSTIN LLP**
        One South Dearborn Street
        Chicago, Illinois 60603
        Phone 312.853.7000
        Facsimile 312.853.7036

        Julie Callsen (of counsel)
        Kristen L. Mayer (of counsel)
        **TUCKER ELLIS & WEST LLP**
        1150 Huntington Bldg.
        925 Euclid Avenue
        Cleveland, Ohio 44115-1414
        Phone 216.592.5000
        Facsimile 216.592.5009

        **Counsel for Walgreen Co.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Motion for Entry of Judgment Dismissing Walgreen Co.** has been mailed via U.S. Mail, postage prepaid, from Chicago, Illinois on **January 22, 2007**.

                                        /s/ *Kara L. McCall*
                                        SIDLEY AUSTIN LLP

**Copy Mailed To:**

Thomas John Manzella, Jr.
Block Block & Klukas, PC
19 West Jefferson Street
Suite 100
Joliet, Illinois 60432
(815) 726-9999